Jacob D. Bundick (NV Bar No. 9772)
bundickj@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Defendant*
*CIT Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN G. PINCHUK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CIT BANK NA; and EQUIFAX, INC.<br><br>Defendants. | Case No. **2:16-cv-02986-RFB-CWH**<br><br>**UNOPPOSED MOTION AND ORDER TO EXTEND DEFENDANT CIT BANK, NATIONAL ASSOCIATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant CIT Bank, N.A. ("**CIT**"), through its attorney Jacob Bundick, Esq. with the law firm of Greenberg Traurig, LLP, hereby moves the Court for an extension of time to through and including **February 3, 2017** for CIT to answer, respond, or otherwise plead to Plaintiff Plaintiff's Complaint in this action. Plaintiff's attorney Vernon A. Nelson, Jr., Esq. has represented to the undersigned Counsel that Plaintiff has no opposition to the requested extension herein, and has agreed to the requested extension. Cause exists for the requested extension as

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

ATL 21833144v1

Counsel for CIT was recently retained and requires some additional time to further review CIT's records and assess Plaintiff's Complaint.

DATED this 19th day of January, 2017.

GREENBERG TRAURIG, LLP

 /s/ Jacob D. Bundick
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
bundickj@gtlaw.com
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: 702-792-3773
*Counsel for Defendant CIT Bank, N.A.*

## ORDER

IT IS ORDERED THAT CIT Bank, N.A. shall have until February 3, 2017 to respond to Plaintiff's Complaint.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 1/20/17

ATL 21833144v1