VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax. : 702-476-2788
E-mail : vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Steven Geary Pinchuk*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN G. PINCHUK,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CIT BANK, N.A.; and EQUIFAX INFORMATION SERVICES LLC<br><br>　　　　　　　　Defendants. | Case No.:　　2:16-cv-02986-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Upon agreement between Plaintiff STEVEN G. PINCHUK ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC ("Defendant"):

IT IS HEREBY STIPULATED that the Defendant, EQUIFAX INFORMATION SERVICES LLC shall be dismissed from this action, with prejudice.

///

///

///

///

///

///

///

IT IS FURTHER STIPULATED AND AGREED that each party is to bear their own fees and costs.

DATED this 5th day of December, 2017

THE LAW OFFICE OF VERNON NELSON

  /s/ Vernon A. Nelson
VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Steven G. Pinchuk*

DATED this 5th day of December, 2017

SNELL & WILMER, LLP

  /s/ Bradley T. Austin
Bradley T. Austin, Esq.
Nevada State Bar No. 13064
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy,
Suite 1100 Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com
*Attorneys for Equifax Information Services LLC*

## **ORDER FOR DISMISSAL**

**IT IS SO ORDERED.** Per the stipulation of the parties, Defendant EQUIFAX INFORMATION SERVICES LLC shall be dismissed from this action with prejudice.

**IT IS FURTHER ORDERED**. Per the stipulation of the parties, Plaintiff STEVEN G. PINCHUK and Defendant EQUIFAX INFORMATION SERVICES LLC shall bear their own costs and attorneys' fees.

DATED this 7th day of December, 2017

_____
RICHARD F. BOULWARE, II
United States District Judge