BRIAN C. VANDERHOOF (10463)
LECLAIRRYAN LLP
725 S. Figueroa Street, Suite 350
Los Angeles, CA 90017
Tel: 213-488-0503
Email: Brian.Vanderhoof@leclairryan.com

DAVID V. WILSON II (10278)
MEHAFFY WEBER PC
400 South 4th Street, Suite 500
Las Vegas, NV 89101
Tel: 702-448.7981
Email: DavidWilson@mehaffyweber.com

Attorneys for Defendant
CIT BANK, N.A.

# UNITED STATES DISTRICT COURT
## STATE OF NEVADA

| | |
|---|---|
| STEVEN G. PINCHUCK, | Case No: 2:16-cv-02986-RFB-GWF |
| Plaintiff, | *Hon. Richard F. Boulware* |
| vs. | |
| CIT BANK, N.A.; and EQUIFAX, INC., | **SUBSTITUTION OF ATTORNEY** |
| Defendants. | |

1
2:16-cv-02986-RFB-GWF
SUBSTITUTION OF ATTORNEY

Defendant CIT BANK, N.A. hereby substitutes Brian C. Vanderhoof of LeClairRyan LLP, 725 S. Figueroa Street, Suite 350, Los Angeles, California 90017; Telephone: (213) 488-0503 attorneys of record in place and stead of Jacob D. Bundick of Greenberg Traurig, LLP.

DATED: March 26, 2018

/s/ *Rebecca Marks*
Rebecca Marks for CIT Bank, N.A.

I consent to the above substitution.

DATED: March 26, 2018

/s/ *Jacob D. Bundick*
Jacob D. Bundick, Esq.

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: March 26, 2018

/s/ *Brian C. Vanderhoof*
Brian C. Vanderhoof, Esq.

Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: __March 27__, 2018

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE