```
BRIAN C. VANDERHOOF (10463)
LECLAIRRYAN LLP
725 S. Figueroa Street, Suite 350
Los Angeles, CA  90017
Tel:  213-488-0503
Email: Brian.Vanderhoof@leclairryan.com

DAVID V. WILSON II  (10278)
MEHAFFY WEBER PC
400 South 4th Street, Suite 500
Las Vegas, NV  89101
Tel:  702-448.7981
Email: DavidWilson@mehaffyweber.com

Attorneys for Defendant
CIT BANK, N.A.
```

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| STEVEN G. PINCHUCK,<br><br>Plaintiff,<br><br>vs.<br><br>CIT BANK, N.A.; and EQUIFAX, INC.,<br><br>Defendants. | Case No:    2:16-cv-02986-RFB-GWF<br><br>*Hon. Richard F. Boulware*<br><br>**UNOPPOSED MOTION AND ORDER TO EXTEND CIT BANK, N.A.'S TIME TO SUBMIT A REPLY TO PLAINTIFF'S RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT AS TO AMENDED COMPLAINT**<br>**(First Request)** |

Defendant CIT Bank, N.A. ("CIT"), through its attorney Brian C. Vanderhoof, Esq. with the law firm of LeClairRyan, hereby moves the Court for an extension of time to through and including April 9, 2018 for CIT to file and serve a Reply to Plaintiff Steven G. Pinchuk's Response [ECF # 84] to CIT's Motion for Summary Judgment as to Amended Complaint [ECF # 83] (the "Reply Brief"). CIT's Motion for Summary Judgment was timely filed on February 20, 2018 and

no hearing has been scheduled.  Plaintiff's attorney Vernon A. Nelson, Jr., Esq. has represented to the undersigned Counsel that Plaintiff has no opposition to the requested extension, and has agreed to the requested extension.

Good cause exists for the requested extension as the undersigned counsel made his first appearance in the action on March 26, 2018 (ECF # 85), just two days before the Reply Brief is due.  That same day, CIT filed a Substitution of Attorney (ECF # 86) as Greenberg Traurig ("GT"), CIT's current counsel of record, will not be involved in the action moving forward.  Accordingly, CIT requests this brief extension of time to allow LeClairRyan to complete the transfer of file materials from GT and provide additional time for LeClairRyan to further analyze the moving and opposition papers that comprise more than 850 pages of materials.  In addition, this request will not affect any days on the Court's calendar as there is no date currently scheduled for the Motion for Summary Judgment to be heard.

Respectfully submitted,

DATED: March 26, 2018         LECLAIRRYAN, LLP

By: */s/ Brian C. Vanderhoof*
BRIAN C. VANDERHOOF, ESQ. (10463)
725 S. Figueroa Street, Suite 350
Los Angeles, CA  90017
Tel:  (213) 488-0503
Email:  Brian.Vanderhoof@leclairryan.com

## ORDER

IT IS HEREBY ORDERED THAT CIT Bank, N.A. shall have to and including **April 9, 2018** to file any Reply to Plaintiff's Response to CIT Bank, N.A.'s Motion for Summary Judgement as to Amended Complaint.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:   March 28, 2018.