Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: baustin@swlaw.com

*Attorney for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN G. PINCHUK,<br><br>Plaintiff,<br><br>vs.<br><br>CIT BANK, et al.,<br><br>Defendants. | Case No. 2:16-cv-02986-RFB-CWH<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

SNELL & WILMER L.L.P. hereby requests that it and all of its listed attorneys be removed from the CM/ECF service list for this matter because Equifax Information Services, LLC has been dismissed since December 7, 2017.

DATED this 30th day of January, 2019.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy ., Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1/31/2019