VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV 89103
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail : vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Steven Geary Pinchuk*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN G. PINCHUK,<br><br>Plaintiff,<br><br>v.<br><br>CIT BANK, N.A.; and EQUIFAX INFORMATION SERVICES LLC<br><br>Defendants. | Case No.: 2:16-cv-02986-RFB-EJY |

**STIPULATION TO EXTEND AND RE-SET DATE OF MANDATORY SETTLEMENT CONFERENCE**

Comes Now, Vernon Nelson, Esq., of the Law Offices of Vernon Nelson, counsel for Plaintiff Steven G. Pinchuk ("Plaintiff") and Jacob D. Bundick of Greenberg Traurig, LLP, counsel for Defendant CIT Bank, N.A. ("CIT"), hereby stipulate to have the Mandatory Settlement Conference currently scheduled for May 29, 2020 (ECF 126) extended and re-scheduled to the week of July 13, 2020, on a day convenient to the Court.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Plaintiff has requested the rescheduling of the settlement conference, to which CIT agrees, to accommodate Plaintiff's work schedule, as well as travel arrangements to Las Vegas, Nevada to attend the settlement conference.

DATED March ___, 2020.

LAW OFFICE OF VERNON NELSON

By /s/ Vernon Nelson
   VERNON A. NELSON, JR., ESQ.
   6787 W. Tropicana Ave., #103
   Las Vegas, NV 89103
   Tel: 702-476-2500
   Fax: 702-476-2788
   E-Mail: vnelson@nelsonlawfirmlv.com
   Attorney for Plaintiff, Steven G. Pinchuk

DATED March ___, 2020.

GREENBERG TRAURIG, LLP

By /s/ Jacob D. Bundick
   JACOB D. BUNDICK, ESQ.
   10845 Griffith Peak Drive, Ste. 600
   Las Vegas, NV 89136
   Tel: 702-792-3773
   Fax: 702-792-9002
   E-Mail: bundickj@gtlaw.com
   Attorney for Defendant Cit Bank N.A.

## **ORDER**

IT IS HEREBY ORDERED that the Settlement Conference currently scheduled for May 29, 2019 is VACATED and rescheduled to **Monday, July 13, 2020 at 9:00 a.m.** in the chambers of U.S. Magistrate Judge Elayna J. Youchah, Room 4068, 333 Las Vegas Boulevard South, Las Vegas, Nevada. The confidential Settlement Conference statements must be delivered to chambers by **4:00 pm on Monday, July 6, 2020**.

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-02986-RFB-EJY