JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89136
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
       hoguem@gtlaw.com
       hicksj@gtlaw.com

*Counsel for Defendant CIT Bank, N.A.*
*(f/k/a OneWest Bank, N.A. f/k/a OneWest Bank FSB)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN G. PINCHUK,<br><br>    Plaintiff,<br><br>v.<br><br>CIT BANK, N.A., ONEWEST BANK, EQUIFAX, and TRANSUNION, LLC,<br><br>    Defendants. | Case No.: 2:16-cv-02986-RFB-EJY<br><br>**ORDER WITHDRAWING DAVID WILSON, DECEASED, AND MEHAFFY WEBER, P.C. AS COUNSEL FOR DEFENDANT CIT BANK, N.A. (F/K/A ONE WEST BANK, N.A/ F/K/A ONE WEST BANK FSB)** |

    IT IS HEREBY ORDERED THAT David V. Wilson, Deceased, and Mehaffy Weber, P.C. are hereby WITHDRAWN as counsel for CIT BANK, N.A. (f/k/a One West Bank, N.A. f/k/a One West Bank FSB), and Jacob D. Bundick, Esq. and Jason K. Hicks, Esq. of Greenberg Traurig, LLP shall remain as counsel of record for CIT BANK, N.A. (f/k/a One West Bank, N.A. f/k/a One West Bank FSB).

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED THAT the Clerk of the Court for the United States District Court, District of Nevada, shall remove the names of "David V. Wilson" and "Mehaffy Weber, P.C." and the address for both from the Docket Report on the ECF website for this case.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 6, 2020

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Ste. 600
Las Vegas, Nevada 89136
Telephone: (702) 792-3773
Facsimile: (702) 792-9002