JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89136
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:  bundickj@gtlaw.com
           hoguem@gtlaw.com

*Counsel for Defendant CIT Bank, N.A.*
*(f/k/a OneWest Bank, N.A. f/k/a OneWest Bank FSB)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN G. PINCHUK,<br><br>                    Plaintiff,<br><br>v.<br><br>CIT BANK, N.A., ONEWEST BANK, EQUIFAX, and TRANSUNION, LLC,<br><br>                    Defendants. | Case No.: 2:16-cv-02986-RFB-EJY<br><br>**STIPULATION AND ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE**<br><br>**(Second Request)** |

COME NOW, Plaintiff STEVEN G. PINCHUK ("Plaintiff"), by and through his attorneys of record, the law firm of The Law Office of Vernon Nelson, and Defendant CIT BANK, N.A. ("CIT") (collectively, the "Parties"), by the through its attorneys of record, the law firm of Greenberg Traurig, LLP, and hereby stipulate and agree to reschedule the Mandatory Settlement Conference currently set for 9:00 am on Monday, July 13, 2020 [ECF No. 131] to a date convenient to the Court in October 2020.  This extension is being requested due to travel concerns relating to the COVID-19 pandemic.

/ / /

/ / /

ACTIVE 50958073v2

Page 1

This is the Parties' second stipulation requesting that the Mandatory Settlement Conference be continued, and the Stipulation is not made for purposes of delay.

DATED this 17th day of June, 2020.          DATED this 17th day of June, 2020.

**GREENBERG TRAURIG, LLP**                  **LAW OFFICE OF VERNON NELSON**


   */s/ Jacob D. Bundick*                        */s/ Vernon A. Nelson*
JACOB D. BUNDICK, ESQ.                      VERNON A. NELSON, ESQ.
Nevada Bar No. 9772                         Nevada Bar No. 8409
MICHAEL R. HOGUE, ESQ.                      6787 West Tropicana Avenue, Suite 103
Nevada Bar No. 12400                        Las Vegas, NV 89103
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135                         *Counsel for Plaintiff*

*Counsel for Defendant CIT Bank, N.A. (f/k/a OneWest Bank, N.A. f/k/a OneWest Bank FSB)*

### ORDER

**IT IS HEREBY ORDERED that the Settlement Conference currently scheduled for July 13, 2020 shall be vacated and rescheduled to October 9, 2020 at 9:00 a.m. The parties' confidential settlement conference statement shall be submitted electronically to Emily_Santiago@nvd.uscourts.gov on October 2, 2020.**

_____
UNITED STATES MAGISTRATE JUDGE

**Dated:  June 18, 2020**

ACTIVE 50958073v2

Page 2