**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| STEVEN G. PINCHUK, | Case No. 2:16-cv-02986-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| CIT BANK, N.A., ONEWEST BANK, EQUIFAX, and TRANSUNION, LLC | |
| Defendants. | |

Before the Court is the Stipulation and Order to Hold Mandatory Settlement Conference Remotely (ECF No. 135). The parties seek to appear via Zoom due to travel restrictions relating to the COVID-19 pandemic.

Good cause appearing, IT IS HEREBY ORDERED that the Stipulation and Order to Hold Mandatory Settlement Conference Remotely (ECF No. 135) is GRANTED.

IT IS FURTHER ORDERED that the parties and their respective counsel may appear by Zoom. Counsel shall contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, no later than noon, Pacific Daylight Time, on October 7, 2020 at Elvia_Garcia@nvd.uscourts.gov to provide email addresses at which their respective clients shall receive Zoom invites.

IT IS FURTHER ORDERED and REITERATED that confidential Settlement Conference briefs are due in chambers on October 2, 2020. Delivery shall be made electronically to Emily_Santiago@nvd.uscourts.gov. The Settlement Conference shall commence at 9 a.m. on October 9, 2020.

Dated this 24th day of July, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE